AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| RASHMI GUPTA, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  C 13-05363 JCS |
| SAN FRANCISCO STATE UNIVERSITY, and DOES 1 - 5, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAN FRANCISCO STATE UNIVERSITY
1600 Holloway Avenue
San Francisco, CA 94132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     RASHMI GUPTA
IN PRO PER
810 Gonzalez Drive, #1A
San Francisco, CA 94132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT RICHARD W. WIEKING

MARK ROMYN

Date:  1/15/2014

*Signature of Clerk or Deputy Clerk*