UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RASHMI GUPTA,

    Plaintiff.

    v.

SAN FRANCISCO STATE UNIVERSITY,

    Defendant.

Case No. 13-cv-05363-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on February 21, 2014, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff shall serve the complaint.  Plaintiff shall appear on **April 4, 2014, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to serve the complaint, for failure to appear at the case management conference on February 21, 2014, for failure to prosecute, and for failure to comply with the Court's Order of November 19, 2013.  A case management conference is also scheduled for **April 4, 2014**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: February 25, 2014

JOSEPH C. SPERO
United States Magistrate Judge